UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY R. CARTER,

      Petitioner,

v.                                          Case No. 6:06-cv-1116-Orl-19JGG

JACK PARKER, et al.,

      Respondents.

_____

## **ORDER**

This case is before the Court on the following matters:

1.      Respondents filed a Response (Doc. No. 5), in which they incorporate a request to dismiss the Petition.  They submitted numerous documents in support of their request to dismiss the Petition.

Petitioner will be provided with an opportunity to file a reply to the Response. Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute.  If Petitioner fails to respond to the Response or responds, but the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute.  In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment

entered in their favor based upon the pleadings, affidavits, and other documentation.  In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **THIRTY (30) DAYS** from the date of this order to reply to the Response.  Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice.  Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

2.      Petitioner's Motion to Stay Lower Court Proceedings (Doc. No. 8, filed October 4, 2006) is **DENIED.**  *See Younger v. Harris*, 401 U.S. 37 (1971) (holding that absent a showing of special circumstances, such as where necessary to prevent immediate and irreparable injury, federal courts should not stay or enjoin pending state court proceedings).

**DONE AND ORDERED** at Orlando, Florida, this 5th    day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/5
Counsel of Record
Gregory R. Carter